# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 27, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

156066(76)

MICHAEL RAMSEY and GLENN DOWDY,
   Plaintiffs-Appellees,

v

             SC: 156066
             COA: 329920
             Wayne CC: 10-004708-CD

LABORERS' LOCAL 1191, d/b/a
ROAD CONSTRUCTION LABORERS OF
MICHIGAN LOCAL 1191, and MICHAEL
AARON,
   Defendants-Appellants,
and

BRUCE RUEDISUELI,
   Defendant.
_____/

   On order of the Chief Justice, the motion of defendants-appellants to extend the time for filing their reply is GRANTED. The reply will be accepted for filing if submitted on or before October 30, 2017.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 27, 2017      

                Clerk